Opinion issued July 21, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NOS. 01-03-00507-CV

 01-03-00510-CV

 01-03-00513-CV

____________


IN RE RONALD X. GORDON, Relator






Original Proceedings on Petitions for Writs of

Mandamus, Prohibition, and Injunction






MEMORANDUM OPINION Relator Ronald X. Gordon has filed petitions for writs of mandamus (appellate
cause number 01-03-00507-CV), prohibition (appellate cause number 01-03-00510-CV), and injunction (appellate cause number 01-03-00513-CV), complaining of
Judge James's (1) December 8, 1997 writ of possession. We have no general writ power
over a justice of the peace. See Tex. Gov't Code Ann. § 22.221(b) (Vernon Supp.
2003); Easton v. Franks, 842 S.W.2d 772, 773-74 (Tex. App.--Houston [1st Dist.]
1992, no writ).

 We dismiss the petitions for writs of mandamus, prohibition, and injunction.


PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1. 
 -